UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA ADAM LOFTON,           **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

### COUNT 1
**(Felon in Possession of a Firearm)**

On or about July 25, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

JOSHUA ADAM LOFTON,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a Tisas Zig PC1911 .45 caliber semiautomatic pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 2
**(Possession with Intent to Distribute Controlled Substances)**

On or about July 25, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

JOSHUA ADAM LOFTON

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count 1 of this Indictment,

JOSHUA ADAM LOFTON

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Tisas Zig PC1911 .45 caliber semiautomatic pistol (SN: T0620-21AK01103), and the associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney